I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-13-12

DEPUTY CLERK



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

RAMIRO ALEX HUERTA,

    Petitioner,

vs.

DERRAL G. ADAMS, Warden,

    Respondent.

Case No. SACV 11-1045-RGK (JPR)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On March 26, 2012, Petitioner filed Objections to the Report and Recommendation, in which he essentially repeats the arguments in the Petition and Traverse. Having reviewed <u>de novo</u> those portions of the record to which objections have been made, the Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied without leave to amend and Judgment be entered dismissing this action with prejudice.

DATED: April 13, 2012

R. GARY KLAUSNER
U.S. DISTRICT JUDGE

1