UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO ALEX HUERTA,<br><br>    Petitioner,<br><br> vs.<br><br>DERRAL G. ADAMS, Warden,<br><br>    Respondent. | Case No. SACV 11-1045-RGK (JPR)<br><br>**J U D G M E N T** |

  In accordance with the December 13, 2013 Mandate of the U.S. Court of Appeals for the Ninth Circuit in Case No. 12-55815,

  IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is granted in part as follows: Petitioner's conviction of street terrorism in violation of California Penal Code section 186.22(a) in Orange County Superior Court Case No. 07CF1459 is hereby VACATED and Petitioner is relieved of all consequences of that conviction, including the portion of his sentence stemming from it. The matter is remanded to the superior court for resentencing within 60 days of the date of this Judgment.

DATED: JAN 7 2014

                R. GARY KLAUSNER
                U.S. DISTRICT JUDGE

# NOTICE PARTY SERVICE LIST

Case No. SACV11-1045-RGK (JPR)    Case Title  Ramiro Alex Huerta v. Derral G. Adams

Title of Document  "Judgment" re: Writ of Habeas Corpus

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office, L.A. Death Penalty Coordinator |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Case Processing |
| | Chief Deputy Judicial Services |
| | CJA Supervising Attorney |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep in Chg E Div |
| | Dep in Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | Managing Attorney, Legal Services Unit |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division - L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division - L.A. |
| | US Attorneys Office - Criminal Division - S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service - Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |
| | Warden, Central Calif Women's Facility |

### ADD NEW NOTICE PARTY
(if sending by fax, mailing address must also be provided)

| | |
|---|---|
| Name: | |
| Firm: | |
| Address: | |
| | |
| *E-mail: | |
| *Fax No.: | |

* For CIVIL cases only

✓ **JUDGE/MAGISTRATE JUDGE** (list below):

Hon. W. Marc Kelly
Central Justice Center, Dept. C39
700 Civic Center Drive West
Santa Ana, CA 92701

Initials of Deputy Clerk    JR

G-75 (03/13)                        NOTICE PARTY SERVICE LIST